# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, AS SUBROGEE OF AMERICAN CAMPUS COMMUNITIES, INC. §§§§§§ *Plaintiff,* | |
| v. §§§ | CIV. ACTION NO. 1:23-cv-1232-SH |
| PYE-BARKER FIRE & SAFETY, LLC §§ *Defendants.* | |

## NOTICE OF SETTLEMENT

COMES NOW LEXINGTON INSURANCE COMPANY, as subrogee of AMERICAN CAMPUS COMMUNITIES, INC., Plaintiff, and hereby notifies the Court that the parties have settled all claims in this matter. Counsel is in the process of drafting final settlement papers; the parties will file a Joint Stipulation of Dismissal upon completion of the settlement.

Respectfully submitted,

*/s/ Laura D. Schmidt*
Laura D. Schmidt
State Bar No. 22142300
schmidt@kellysmithpc.com
**KELLY, SMITH & SCHMIDT, P.C.**
12621 Featherwood Dr., Ste. 150
Houston, Texas 77034
(713)861-9900 Telephone
(713)861-7100 Facsimile
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I certify a true and correct copy of this document was served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on the 24th day of October, 2024:

J. Brandon Barnes
Case K. Donovan
2801 Via Fortuna, Suite 300
Austin, Texas 78746
E-mail: bbarnes@thompsoncoe.com
E-mail: cdonovan@thompsoncoe.com

ATTORNEYS FOR DEFENDANT

                                      */s/ Laura D. Schmidt*
                                      Laura D. Schmidt