# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY,** as subrogee of American Campus Communities, Inc., <br> *Plaintiff* <br><br> v. <br><br> **PYE-BARKER FIRE & SAFETY, LLC,** <br> *Defendant* | § § § § § § § § § <br><br> **Case No. 1:23-CV-01232-SH** |

## FINAL JUDGMENT

Now before the Court is the Joint Notice of Dismissal, filed December 3, 2024 (Dkt. 21). The parties ask the Court to dismiss all claims brought by Plaintiff against Defendant with prejudice.

Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendant in the instant action, with costs to be borne by the party incurring same.

The Court **FURTHER ORDERS** that the Clerk of Court **CLOSE** this case.

**SIGNED** on December 3, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE